SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile:  415.436.6748
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>$45,080 IN UNITED STATES CURRENCY,<br><br>    Defendant, | No. 07-1791 TEH<br><br>STIPULATED SETTLEMENT AGREEMENT AND DECREE OF FORFEITURE |

The parties stipulate and agree as follows:

1. Plaintiff is the United States of America ("United States"). Defendant is $45,080 in United States Currency ("Defendant $45,080).

2. Reginald Wise ("WISE") and April Mosely ("MOSELY") declare under penalty of perjury that he and she are the true owners of defendant $45,080, and make this declaration in accordance with 28 U.S.C. § 1746 so that this is their verified claim to defendant $45,080. Because of settlement discussions, WISE and MOSELY did not file a claim or answer in this forfeiture action.

3. The United States, WISE and MOSELY are the "parties" to in this document which is referred to as the "Settlement Agreement."

4.      The parties agree that the United States had probable cause to institute this forfeiture action, and gave proper notice of this forfeiture action to parties known to have an interest. No person filed a timely claim or answer, although WISE and MOSELY through their attorney participated in discussions of to resolve this case before the time for filing a claim expired. *See* docket sheet.

5.      The United State, WISE and MOSELY hereby agree to forfeit to the United States $43,423.80 of defendant United States Currency. The remaining $1,656.20 of defendant United States Currency shall be returned by the United States to WISE and MOSELY in a check made out to Reginald Wise, April Mosely and their attorney, Stuart Lippe, and will be sent to Stuart Lippe, Attorney at Law, 940 The Leader Bldg., 526 Superior Ave., Cleveland, Ohio 44114 (telephone 216.696.7666).

6.      WISE and MOSELY agree not to commence any action or make any claim, or to permit the filing of any action or the making of any claim on their behalf, individually or severally, against any of the law enforcement authorities involved in the seizure and prosecution of the forfeiture of defendant $45,080, or against the United States, or any local law enforcement department, or any of its agents and officers, arising out of the forfeiture proceedings against defendant $45,080.

7.      WISE and MOSELY shall hold harmless the United States, including its agents, officers, representatives and employees, as well as any and all state and local law enforcement officials, for any and all acts directly or indirectly related to the seizure and forfeiture of defendant $45,080.

8.      Each party will bear his or her or its own attorneys' fees and costs.

9.      This Settlement Agreement and Forfeiture Decree is only valid if signed personally by all those listed below, and entered as an Order by the Court.

///

///

///

Stipulated Settlement Agreement
And Decree of Forfeiture
No. 07-1791 TEH                    2

10. Based on the foregoing, the parties agree that the Court shall decree forfeiture of $43,423.80 and thereafter dismiss the instant action.

IT IS SO STIPULATED:

SCOTT N. SCHOOLS
United States Attorney

Dated: May 30, 2007

PATRICIA J. KENNEY
Assistant United States Attorney

Dated: ~~May~~ June 7, 2007

STUART H. LIPPE
Attorney for Claimant Reginald Wise
And Claimant April Mosely

I, Stuart H. Lippe, attorney for the claimants, declare under penalty of perjury executed in Cleveland, Ohio that Reginald Wise and April Mosely are known to me and have affixed their signatures below.

Dated: ~~May~~ June 6, 2007

STUART H. LIPPE
Attorney for Claimant Reginald Wise
And Claimant April Mosely

Dated: ~~May~~ June 5, 2007

REGINALD WISE,
Claimant

Dated: ~~May~~ June 5, 2007

APRIL MOSELY
Claimant

BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 21st DAY OF June, 2007, THAT FORFEITURE OF $43,423.80 OF DEFENDANT UNITED STATES CURRENCY IS DECREED, AND THIS CASE IS HEREBY DISMISSED ON THE FOREGOING TERMS.

HONORABLE THELTON E. HENDERSON
United States District Judge

Stipulated Settlement Agreement
And Decree of Forfeiture
No. 07-1791 TEH